UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80159-RYSKAMP/VITUNAC

FREDRICK MACK, on his own behalf
and others similarly situated,

    Plaintiff,

v.

ECONOMY PAVING & MAINTENANCE, LLC,
a Florida Limited Liability Company, and
MICHAEL STEVENS, individually,

    Defendants.
_____/

## ORDER GRANTING VOLUNTARY DISMISSAL

THIS CAUSE comes before the Court upon plaintiff's stipulated motion for voluntary dismissal **[DE 17]** filed on July 17, 2008.  In this motion, plaintiff states that he wishes to dismiss the action because he moved out of Florida, wants the case "off [his] mind," and that he and his attorney were not "on the same page."  After reviewing the stipulation along with all other relevant portions of the record, it is hereby,

ORDERED AND ADJUDGED that plaintiff's stipulated motion for voluntary dismissal **[DE 17]** is GRANTED.  The case is dismissed without prejudice.  The Clerk of the Court is directed to CLOSE this case and to DENY any pending motions as moot.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 18 day of July, 2008.

        /s/Kenneth L. Ryskamp
       KENNETH L. RYSKAMP
       United States District Judge

Copies furnished to:
All Counsel of Record